[No. 20532-3-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY DARNELL SLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04197-1, Frank D. Howard, J., entered May 5, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 22233-3-I. Division One. May 22, 1989.]

RENE SELIG, *Appellant,* v. DON BAILEY, ET AL, *Defendants,* SNOCOPE FEDERAL CREDIT UNION, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-04249-2, Gerald L. Knight, J., entered March 21, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 21207-9-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. LEBARON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01628-1, John M. Darrah, J., entered September 23, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Forrest, JJ.